UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY GALLOW

CIVIL ACTION NO. 26-cv-1196

VERSUS

JUDGE VAN HOOK

BROTHERS PRODUCE OF DALLAS INC ET AL

MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff filed suit in state court against truck driver Ronnie Matthews, truck owner Brothers Produce, and insurer National Union.  The defendants removed the case based on diversity jurisdiction.  National Union filed a Motion to Dismiss (Doc. 6) that invoked a recent amendment to Louisiana's direct action statute insofar as it was sued as a liability insurer and argued that Plaintiff had not stated a plausible claim against it insofar as it was sued as the provider of a medical payments policy.

The court issued a memorandum order (Doc. 23) that reviewed Plaintiff's rather confusing allegations with respect to National Union's role in the case.  Plaintiff was allowed an opportunity to file a motion for leave to amend and clarify his allegations.  He did so, and the First Supplemental and Amending Complaint (Doc. 26) deleted any reference to National Union.

The amendment of a complaint that eliminates all causes of action against a defendant is equivalent to dismissal of that defendant.  Mann v. City of Bossier, 2024 WL 4277461 (W.D. La. 2024).  The amended complaint has effectively dismissed National Union from this case, so **National Union's Motion to Dismiss (Doc. 6)** is **denied as moot**.

The clerk of court is directed to note on the docket sheet that **National Union** has been **terminated as a defendant** in this case.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of June, 2026.

Mark L. Hornsby
U.S. Magistrate Judge