**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ANTHONY GALLOW | CIVIL ACTION NO. 26-1196 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BROTHERS PRODUCE OF DALLAS, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 22, the plaintiff's Motion to Remand, Record Document 17, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Remand, Record Document 17, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of June, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**